```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

LOYOLA UNIVERSITY MARYLAND, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM ENDORSED**

No.: 1:23-cv-10330

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), BRAULIO THORNE in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LOYOLA UNIVERSITY MARYLAND, INC., with prejudice and without fees and costs.

Dated: New York, New York
       March 27, 2024

                                              **GOTTLIEB & ASSOCIATES PLLC**

                                                  /s/Michael A. LaBollita, Esq.

                                      Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                                         New York, NY 10003
                                                              Phone: (212) 228-9795
                                                                 Fax: (212) 982-6284
                                                              Michael@Gottlieb.legal

                                                              *Attorneys for Plaintiffs*

Plaintiff has voluntarily dismissed this case under F.R.C.P. 41(a)(1)(A)(i).

Dated: March 27, 2024
SO ORDERED:

_____
United States District Court Judge
The Honorable Gregory H. Woods